McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY erroneously sued and served herein as GEICO INSURANCE AGENCY, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIKE CASTILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>GEICO INSURANCE AGENCY, INC., a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No. 2:19-cv-01259-APG-VCF<br><br>**STIPULATION TO AMEND THE CAPTION** |

COME NOW, Plaintiff Mike Castillo ("Castillo") and Defendant GEICO Casualty Company, erroneously sued herein as GEICO Insurance Agency, Inc. ("GEICO"), by and through their respective counsel of record, and hereby stipulate that the caption in this matter shall be amended to reflect the appropriate GEICO entity, which is GEICO Casualty Company.

/ / /

/ / /

The caption shall be amended effective immediately upon approval of this stipulation.

DATED this 9th day of March, 2020

                THE702FIRM

By     /s/ *Jason C. Barron*
     Michael C. Kane. Nevada Bar No. 10096
     Bradley J. Myers, Nevada Bar No. 8857
     Jason C. Barron, Nevada Bar No. 7270
     400 S. 7th Street, Suite 400
     Las Vegas, Nevada 89101
     Tel. (702) 776-3333

     -AND-

     Adam S. Kutner, Nevada Bar No. 4310
     Adam S. Kutner, P.C.
     1137 South Rancho Drive, Suite 150-A
     Las Vegas, Nevada 89102
     Tel. (702) 382-0000

     Attorneys for Plaintiff

DATED this 9th day of March, 2020

     McCORMICK, BARSTOW, SHEPPARD,
     WAYTE & CARRUTH LLP

By     /s/ *Jonathan W. Carlson*
     Wade M. Hansard, Nevada Bar No. 8104
     Jonathan W. Carlson, Nevada Bar No. 10536
     Renee M. Maxfield, Nevada Bar No. 12814
     8337 West Sunset Road, Suite 350
     Las Vegas, Nevada 89113
     Tel. (702) 949-1100

     Attorneys for GEICO CASUALTY COMPANY
     erroneously sued and served herein as GEICO
     INSURANCE AGENCY, INC.

**IT IS SO ORDERED:**

DATED this 9th day of March, 2020

_____
UNITED STATES MAGISTRATE JUDGE

6334996.1