McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  wade.hansard@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Renee M. Maxfield
Nevada Bar No. 12814
  renee.maxfield@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIKE CASTILLO,<br><br>            Plaintiff,<br><br>      v.<br><br>GEICO CASUALTY COMPANY, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No. 2:19-cv-01259-APG-VCF<br><br>**STIPULATION AND ORDER TO STAY LITIGATION** |

   Plaintiff, Mike Castillo, and Defendant GEICO Casualty Company ("GEICO") , hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

   1.   The parties have entered into an Agreement to have the contractual benefits determined through private binding arbitration.

   2.   To effectuate the Agreement, the Parties agree and stipulate that this proceeding be stayed to allow the Parties to conclusively determine the value of Plaintiff's personal injury claims and, accordingly, the extent of his entitlement to contractual benefits.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

Case No. 2:19-cv-01259-APG-VCF
STIPULATION AND ORDER TO STAY LITIGATION

3.     It is the intent of the Parties that the Court retain its jurisdiction so as to be able to confirm the award as a judgment.

**IT IS SO MOVED AND STIPULATED:**

DATED this 13th day of October, 2020

                              THE702FIRM

                              By      /s/ *Jason C. Barron*
                                      Michael C. Kane. Esq., Nevada Bar No. 10096
                                      Bradley J. Myers, Esq., Nevada Bar No. 8857
                                      Jason C. Barron, Esq., Nevada Bar No. 7270
                                      400 S. 7th Street, Suite 400
                                      Las Vegas, Nevada 89101
                                      Tel. (702) 776-3333

                                      Attorneys for Mike Castillo

DATED this 13th day of October, 2020

                              McCORMICK, BARSTOW, SHEPPARD,
                              WAYTE & CARRUTH LLP

                              By      /s/ *Jonathan W. Carlson*
                                      Wade M. Hansard, Nevada Bar No. 8104
                                      Jonathan W. Carlson, Nevada Bar No. 10536
                                      Renee M. Maxfield, Nevada Bar No. 12814
                                      8337 West Sunset Road, Suite 350
                                      Las Vegas, Nevada 89113
                                      Tel. (702) 949-1100

                                      Attorneys for GEICO Casualty Company

<u>**ORDER**</u>

**IT IS SO ORDERED.** I FURTHER ORDER the clerk of court to administratively close this case.

DATED this 16th day of October, 2020.

                              By _____
                                  UNITED STATES DISTRICT JUDGE

7052291.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2

Case No. 2:19-cv-01259-APG-VCF
STIPULATION AND ORDER TO STAY LITIGATION