McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIKE CASTILLO,<br><br>          Plaintiff,<br><br>     v.<br><br>GEICO CASUALTY COMPANY, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-01259-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Each party will bear their own costs and attorneys' fees.

2  DATED this 18th day of February, 2021

3  THE702FIRM

5  By  /s/ *Janet L. Merrill*
   Michael C. Kane. Esq., Nevada Bar No. 10096
6  Bradley J. Myers, Esq., Nevada Bar No. 8857
   Janet L. Merrill, Esq., Nevada Bar No. 10736
7  400 S. 7th Street, Suite 400
   Las Vegas, Nevada 89101
8  Tel. (702) 776-3333

   Attorneys for Mike Castillo

11 DATED this 18th day of February, 2021

12 McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP

14 By  /s/ *Jonathan W. Carlson*
15 Wade M. Hansard, Nevada Bar No. 8104
   Jonathan W. Carlson, Nevada Bar No. 10536
16 Renee M. Maxfield, Nevada Bar No. 12814
   8337 West Sunset Road, Suite 350
17 Las Vegas, Nevada 89113
   Tel. (702) 949-1100

19 Attorneys for GEICO Casualty Company

20 **ORDER**

21 **IT IS SO ORDERED.**

22 DATED this 18th day of  February , 2021

24 By _____
   UNITED STATES DISTRICT JUDGE

7404400.1